FILED
JUN 10 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | EDCA CASE NO.: 5:25-mj-00091-CDB |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 5:21CR447 |
| ) | Title 21, United States Code, |
| CODY CINQUEMANI, ) | Sections 841(a)(1) and (b)(1)(C); |
| CAMERON ATKINS, ) | Title 18, United States Code, |
| ) | Sections 924(c)(1)(A)(i) and 2 |
| Defendants. ) | |

JUDGE NUGENT

COUNT 1
(Possession with Intent to Distribute Tetrahydrocannabinols,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.  On or about June 17, 2020, in the Northern District of Ohio, Eastern Division, Defendants CODY CINQUEMANI and CAMERON ATKINS did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinols, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 2
(Possession of Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

2.  On or about June 17, 2020, in the Northern District of Ohio, Eastern Division, Defendants CODY CINQUEMANI and CAMERON ATKINS did knowingly possess a firearm, specifically, a Masterpiece Arms, 9mm caliber pistol, model MPA30T, bearing serial number B7713, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of

the United States, that is, possession with the intent to distribute a mixture and substance containing a detectable amount of tetrahydrocannabinols, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2, as charged in Count 1 of this indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendants CODY CINQUEMANI and CAMERON ATKINS shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug violation charged in Count 1; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug violation charged in Count 1; and, any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 2; including, but not limited to, the following:

   a. a Masterpiece Arms, 9mm caliber pistol, model MPA30T, bearing serial number B7713; and,

   b. $100,000 in U.S. Currency; and,

   c. $8,000.00 in U.S. Currency.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.