IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 5:25-MJ-00091-1-CDB |
| Plaintiff, | ) ) | **O R D E R<br>APPOINTING COUNSEL** |
| vs. | ) ) | |
| CODY CINQUEMANI, | ) ) | |
| Defendant. | ) ) | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Alekxia Torres Stallings be appointed to represent Defendant in this case effective *nunc pro tunc* to November 12, 2025, for the initial appearance/arraignment only.

IT IS SO ORDERED.

Dated: **November 17, 2025**

_____
UNITED STATES MAGISTRATE JUDGE